No. 627. ESTATE OF COLLINS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 2d. Certiorari denied. *Weston Vernon, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Melva M. Graney* for respondent.

No. 629. MART *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied. *Carlos W. Goltz* for petitioner.

No. 637. MERCANTILE-COMMERCE BANK & TRUST CO. ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 8th. Certiorari denied. *Abraham Lowenhaupt, Jacob Chasnoff* and *Henry C. Lowenhaupt. Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Harry Baum* for respondent.

No. 647. RUBINSTEIN *v.* UNITED STATES; and
No. 648. FOSTER *v.* UNITED STATES. C. C. A. 2d. Certiorari denied. *Edwin B. Wolchok* and *Lemuel B. Schofield* for petitioner in No. 647. *George Wolf* and *Thomas D. McBride* for petitioner in No. 648. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl, Irving S. Shapiro* and *Beatrice Rosenberg* for the United States.

No. 229, Misc. FOWLER *v.* HUNTER, WARDEN. C. C. A. 10th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 326, Misc. O'LOUGHLIN *v.* PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMIS-

SION. C. C. A. 4th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Alvin O. West* for respondent. ▮

No. 353, Misc. HOWELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 354, Misc. RITENOUR *v.* RAGEN, WARDEN. Circuit Court of Winnebago County, Illinois. Certiorari denied.

No. 355, Misc. JONES *v.* RAGEN, WARDEN. Circuit Court of Will County and Supreme Court of Illinois. Certiorari denied. ▮

No. 356, Misc. BUTLER *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 386, Misc. VAN TASSELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 432, Misc. MURRAY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. ▮

No. 13. UNITED STATES *v.* UNITED STATES GYPSUM Co. ET AL., *ante,* p. 364. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 552. DUNSCOMBE *v.* KANNER, JUDGE, *ante,* p. 844. Rehearing denied.